No. 81–1855. RED OWL STORES, INC. *v.* COMMISSIONER OF AGRICULTURE. Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question.

No. 81–1787. DEVINE, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, ET AL. *v.* SULLIVAN. Appeal from D. C. N. D. Ill. Judgment vacated and case remanded with instructions to dismiss the cause as moot.

No. 80–1023. BELL, SECRETARY OF EDUCATION, ET AL. *v.* DOUGHERTY COUNTY SCHOOL SYSTEM. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *North Haven Board of Education* v. *Bell, ante,* p. 512.

No. 80–493. UNITED STATES DEPARTMENT OF EDUCATION *v.* SEATTLE UNIVERSITY. C. A. 9th Cir. [Certiorari granted, 449 U. S. 1009.] Motion of American Civil Liberties Union Women's Rights Project et al. for leave to file a brief as *amici curiae* granted. Judgment vacated and case remanded for further consideration in light of *North Haven Board of Education* v. *Bell, ante,* p. 512.

No. A–950. BOARD OF TRUSTEES OF THE INTERNAL IMPROVEMENT TRUST FUND OF FLORIDA *v.* AMERICAN CYANAMID CO. C. A. 11th Cir. Application to recall and stay the mandate, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. D–258. IN RE DISBARMENT OF ROOT. Disbarment entered. [For earlier order herein, see 455 U. S. 1012.]